In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-299 CV


____________________



LATRICIA L. KRUG, Appellant



V.



JOHN H. KRUG, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-040477-D






 MEMORANDUM OPINION 


 Latricia L. Krug appealed a divorce decree. The appeal was submitted without
briefs because the appellant failed to file her brief by April 28, 2006, the due date for
filing the brief pursuant to her final extension of time. See Tex. R. App. P. 38.6(a)(d). 
On May 19, 2006, we notified the parties that the appeal would be advanced without oral
argument. See Tex. R. App. P. 39.9. In the absence of a brief assigning error, we dismiss
the appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.



 ____________________________

 CHARLES KREGER

 Justice




Submitted on June 9, 2006

Opinion Delivered June 29, 2006

Before Gaultney, Kreger, and Horton, JJ.